IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JAMIE LEHNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HSBC BANK USA, N.A., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>8:12-cv-01118-JDW-TBM |

## JOINT MOTION TO SUBSTITUTE PARTY DEFENDANT

**COME NOW** plaintiff Jamie Lehner, defendant HSBC Bank USA, N.A., and non-party HSBC Card Services Inc. and together move the Court for the following relief:

1. To order that HSBC Card Services Inc. is substituted in place of HSBC Bank USA N.A. as the named defendant in this action;

2. To order that HSBC Bank USA N.A. is no longer a party to this action; and

3. To order that HSBC Card Services Inc. shall have 21 days from the date of the Court's order on this motion to file a responsive pleading to the Complaint.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01, undersigned counsel hereby certify that all parties or non-parties who may be affected by the relief sought in this motion consent to an order granting the relief requested herein.

Attached as Exhibit A to this Joint Motion to Substitute Party Defendant is a proposed order.

1744286 v1

Respectfully submitted,

/s/ Alex D. Weisberg
Alex D. Weisberg (FL Bar # 566551)
Weisberg & Meyers, LLC
5722 S. Flamingo Road, Suite 656
Cooper City, FL 3330
Telephone: (954) 212-2184
aweisberg@attorneysforconsumers.com

ATTORNEY FOR PLAINTIFF JAMIE LEHNER


/s/ Katrina L. Dannheim
John R. Chiles (FL Bar # 0012539)
Katrina L. Dannheim (FL Bar #96322)
BURR & FORMAN LLP
Las Olas Centre II
350 East Las Olas Boulevard
Suite 850
Ft. Lauderdale, FL 33301
Telephone: (954) 414-6200
Facsimile: (954) 414-6201
jchiles@burr.com
kdannheim@burr.com

ATTORNEYS FOR HSBC BANK USA N.A. AND
HSBC CARD SERVICES INC.