IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JAMIE LEHNER,<br><br>        Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 8:12-cv-01118-JDW-TBM<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY DEFENDANT

Before the Court is the Joint Motion to Substitute Party Defendant filed by Jamie Lehner, HSBC Bank USA N.A. and non-party HSBC Card Services Inc. Having considered said motion, this Court hereby finds the motion is due to be GRANTED.

It is hereby ORDERED, ADJUDGED AND DECREED, as follows:

1. That HSBC Card Services Inc. is substituted in place of HSBC Bank USA N.A. as the named defendant in this action;

2. That HSBC Bank USA N.A. is no longer a party to this action; and

3. That HSBC Card Services Inc. shall have 21 days from the date of the Court's order on this motion to file a responsive pleading to the Complaint.

DONE and DATED this the __12th__ day of __February__, 2013.

_____
District Court Judge