UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:12-cv-01118-JDW-TBM

JAMIE LEHNER,

    Plaintiff,

v.

HSBC BANK USA, N.A.,

    Defendant.

_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 12th day of September, 2013.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Christine Irwin Parrish |
| Alex Weisberg, Esq. | Christine Irwin Parrish |
| FBN: 0566551 | FBN: 0014404 |
| Weisberg & Meyers, LLC | Burr & Forman LLP |
| 5722 S. Flamingo Road, Ste. 656 | Las Olas Centre II |
| Cooper City, FL 33330 | 350 East Las Olas Boulevard, Suite 850 |
| Attorney for Plaintiff | Ft. Lauderdale FL 33301 |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Christine Irwin Parrish, at cparrish@burr.com, on September 12, 2013.

By: s/ Alex D. Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com