UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIE LEHNER,

    Plaintiff,

vs.                                      Case No. 8:12-cv-01118-JDW-TBM

HSBC BANK USA, N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (Dkt. 38). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in chambers this 16th day of September, 2013.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
Counsel of Record